

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al. | : | NO. 13-3645 |

## ORDER

AND NOW, this 13th day of March, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's letter request dated December 19, 2013 (See Doc. 9) seeking to amend his Petition to add certain other claims that are currently pending in the state courts is GRANTED. Respondents have reserved the right to raise any procedural defense that might be available as they relate to these claims at the appropriate time.

3. The petition for a writ of habeas corpus is placed in suspense until the conclusion of the state appellate proceedings.

4. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.