UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIL THOMAS,<br>        Petitioner,<br><br>        v.<br><br>JOHN E. WETZEL MICHAEL<br>WENEROWICZ, THE ATTORNEY GENERAL<br>OF THE STATE OF PENNSYLVANIA, and<br>THE DISTRICT ATTORNEY OF<br>PHILADELPHIA COUNTY,<br>        Respondents. | :<br>:<br>:<br>:   No. 2:13-3645<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 31st day of December, 2020, upon consideration of Jamil Thomas's petition for habeas corpus relief, *see* ECF No. 1, as well as Magistrate Judge Henry S. Perkin's Report and Recommendation, in which Judge Perkin recommends that Thomas's habeas petition be dismissed with prejudice for Thomas's failure to prosecute, *see* ECF No. 30, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 30, is **APPROVED and ADOPTED**;

2. The petition for a writ of habeas corpus, ECF No. 1, is **DISMISSED, with prejudice**;

3. This case is **CLOSED**; and

4. There is no basis for the issuance of a certificate of appealability.

                                  BY THE COURT:

                                  */s/ Joseph F. Leeson, Jr.*_____
                                  JOSEPH F. LEESON, JR.
                                  United States District Judge